IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL TABACK; EUGENE TABACK, | No. C 05-4057 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER VACATING DEFENDANTS' MOTION TO DISMISS AND PLAINTIFFS' MOTION TO REMAND HEARING** |
| ALL STATE INSURANCE COMPANY; FRED HENDERSON et al., | |
| Defendant(s). | |

The Court is in receipt of various letters submitted by the parties requesting the Court to remove matters off the Court's calendar. Defendants' Motion to Dismiss and Plaintiffs' Motion to Remand were originally scheduled for a hearing on December 1, 2005. However, on November 10, 2005, the Court received a letter from Stephanie Duchene requesting Defendants' Motion to Dismiss be removed from the calendar because the motion was mooted by Plaintiffs' Amended Complaint. On November 11, 2005, the parties stipulated to dismiss defendant Fred Henderson from the case. On November 20, 2005, the Court received a letter from Micheal Papuc requesting Plaintiffs' Motion to Remand be removed from the calendar because the stipulation to dismiss Fred Henderson rendered the motion moot. Based on the foregoing information and good cause appearing, the Court

hereby VACATES the December 1, 2005, hearings.

**IT IS SO ORDERED.**

Dated: November 23, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2