**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAIL TABACK; EUGENE TABACK,                    No. C 05-4057 MEJ

        Plaintiff(s),

    vs.                                        **ORDER REQUESTING FURTHER**
                                               **BRIEFING**

ALL STATE INSURANCE COMPANY; FRED
HENDERSON et al.,

        Defendant(s).

_____/


      On January 5, 2006, the Court held a hearing on the above entitled matter.  At the conclusion

of the hearing, the matter was taken under submission.

      The Parties are hereby directed to submit further briefing on the issue of whether under

California law "bad faith" damages are recoverable under a reformed contract.   Defendant's briefing

is due by February 2, 2006.  Plaintiff's opposition is due by February 16, 2006.  Defendant's reply, if

any, is due by February 23, 2006.


      **IT IS SO ORDERED.**


Dated: January 18, 2006

                                _____
                                MARIA-ELENA JAMES
                                United States Magistrate Judge