**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL TABACK; EUGENE TABACK, | No. C 05-4057 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| ALL STATE INSURANCE COMPANY; FRED HENDERSON et al., | |
| Defendant(s). / | |

This matter is currently scheduled for a Case Management Conference on February 9, 2006. Given that the Court has ordered further briefing from the parties on Defendants' pending Motion to Dismiss, the Court hereby VACATES the case management conference. Upon receipt and review of the parties' further briefings, the Court shall re-schedule the case management conference, if necessary.

**IT IS SO ORDERED.**

Dated: February 1, 2006

MARIA-ELENA JAMES
United States Magistrate Judge