**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL TABACK; EUGENE TABACK, | No. C-05-4057 MEJ |
| Plaintiffs, | **ORDER RESCHEDULING CMC TO APRIL 20, 2006, AT 10:00 A.M.** |
| vs. | |
| ALLSTATE INSURANCE COMPANY; FRED HECKENDORN; et al., | |
| Defendants. | |

The Court hereby reschedules the parties case management conference to April 20, 2006, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: March 20, 2006

MARIA-ELENA JAMES
United States Magistrate Judge