IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL TABACK; EUGENE TABACK, | No. C-05-4057 MEJ |
| Plaintiffs, | **CMC ORDER** |
| vs. | |
| ALLSTATE INSURANCE COMPANY; FRED HECKENDORN; et al., | |
| Defendants. | |

In light of Plaintiff's objections to the Defendant's Case Management Statement submitted, the Court resets the CMC to Thursday, May 11, 2006, at 10:00 a.m. for oral arguments.

**IT IS SO ORDERED.**

Dated: April 21, 2006

MARIA-ELENA JAMES
United States Magistrate Judge