IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL TABACK; EUGENE TABACK, | No. C 05-4057 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER VACATING DEFENDANTS' MOTION TO DISMISS HEARING** |
| ALL STATE INSURANCE COMPANY; FRED HENDERSON et al., | |
| Defendant(s). | |

Before the Court is Defendants' Motion to Dismiss scheduled for May 18, 2006. Upon review of the matter, the Court finds a hearing unnecessary and is hereby VACATED. The matter is taken under submission based on the documents submitted to the Court.

**IT IS SO ORDERED.**

Dated: May 16, 2006

MARIA-ELENA JAMES
United States Magistrate Judge