UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL TABACK, ET AL., | No. C 05-4057 MEJ   (JL) |
| Plaintiffs, | |
| v. | CONTINUANCE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER |
| ALLSTATE INSURANCE COMPANY, ET AL., | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that due to change in the Judge's calendar the settlement conference currently set for Friday, July 7, 2006 has been continued to **Friday, August 11, 2006 at 10:00 a.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.  **If the court-ordered date presents problems for parties or counsel, counsel is to contact Judge Larson's chambers directly at (415) 522-2112.**

/ / /

/ / /

/ / /

/ / /

SETTLEMENT CONFERENCE NOTICE                    1

The parties shall notify Magistrate Judge Larson's chambers immediately if this case settles prior to the date set for settlement conference.

DATED: June 15, 2006

_____
JAMES LARSON
Chief Magistrate Judge