IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL TABACK; EUGENE TABACK,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY; FRED HECKENDORN; et al.,<br><br>    Defendant(s).<br>_____/ | No. C 05-4057 MEJ<br><br>**DISCOVERY DISPUTE HEARING AND BRIEFING SCHEDULE** |

    The Court is in receipt of Parties Joint Discovery Dispute letter dated July 24, 2006. In light of the issues raised by the parties the Court finds it appropriate to set this matter for a hearing. The Court hereby sets this matter for a hearing on August 31, 2006, at 10:00 a.m. Any documents in support of Plaintiffs' position should be submitted by August 10, 2006, at 5:00 p.m. Defendants' opposition, if any, should be submitted by August 17, 2006, at 5:00 p.m. Plaintiffs' reply, if any, should be submitted by August 24, 2006, at 5:00 p.m.

    **IT IS SO ORDERED.**

Dated: July 31, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge