MICHAEL A. PAPUC (State Bar No. 130024)
LAW OFFICES OF MICHAEL A. PAPUC
807 Montgomery Street
San Francisco, CA 94133
Telephone: (415) 773-1755
Facsimile: (415) 773-1752
Email: mpapuc@aol.com

Attorneys for Plaintiff
GAIL TABACK

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
STEPHANIE DUCHENE (State Bar No. 234896)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: mbarnes@sonnenchein.com
       smartin@sonnenschein.com
       sduchene@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GAIL TABACK; EUGENE TABACK,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY; FRED HECKENDORN; DOES 1 through 20, inclusive,<br><br>Defendants. | No. C05 04057 MEJ<br><br>STIPULATION AND [PROPOSED] ORDER RE DISCOVERY DEADLINES |

-1-

CASE NO. C05-4057 MEJ

STIPULATION AND [PROP.] ORDER
RE DISCOVERY DEADLINES

|   |   |
|---|---|
| 1 | The parties, by and through their respective counsel of record, hereby stipulate and agree |
| 2 | as follows and respectfully request that the Court approve and give effect to their stipulation: |
| 3 | WHEREAS Allstate has been unable to complete the depositions of Eugene Taback, |
| 4 | Berman Hardin Architects, Ed Hardin and Terry Meyers due to witness unavailability; |
| 5 | WHEREAS plaintiff has been unable to complete the deposition of Kirk Mang, an |
| 6 | Allstate employee; |
| 7 | WHEREAS the parties have been unable to complete the depositions of the retained |
| 8 | expert witnesses due to counsel's unavailability; |
| 9 | WHEREAS the discovery cut-off currently is August 1, 2006 and the deadline to file |
| 10 | motions to compel discovery currently is August 10, 2006; and |
| 11 | WHEREAS brief continuances of the discovery cut-off and the deadline to file motions |
| 12 | to compel will not affect any other case management dates set by the Court; |
| 13 | IT IS HEREBY STIPULATED AND AGREED that the discovery cut-off should be |
| 14 | continued to August 18, 2006. |
| 15 | IT IS FURTHER STIPULATED AND AGREED that the deadline to file motions to |
| 16 | compel discovery should be continued to September 1, 2006. |
| 17 | IT IS SO STIPULATED. |
| 18 | Dated: August 2, 2006          Respectfully submitted, |
| 19 | LAW OFFICE OF MICHAEL A. PAPUC |
| 20 | |
| 21 | By          /s/          . |
| 22 | Michael A. Papuc |
| 23 | Attorneys for Plaintiff GAIL TABACK |

-2-

CASE NO. C05-4057 MEJ          STIPULATION AND [PROP.] ORDER
                               RE DISCOVERY DEADLINES

| | | |
|---|---|---|
| 1 | Dated: August 2, 2006 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 2 | | |
| 3 | | |
| 4 | | By _____/s/_____ . |
| 5 | | Sonia Martin |
| 6 | | Attorneys for Defendant<br>ALLSTATE INSURANCE COMPANY |

IT IS SO ORDERED.

27243941

*Judge Maria-Elena James*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

CASE NO. C05-4057 MEJ

-3-

STIPULATION AND [PROP.] ORDER
RE DISCOVERY DEADLINES