1  MICHAEL A. PAPUC (State Bar No. 130024)
   LAW OFFICES OF MICHAEL A. PAPUC
2  807 Montgomery Street
   San Francisco, CA 94133
3  Telephone:  (415) 773-1755
   Facsimile:  (415) 773-1752
4  Email:  mpapuc@aol.com

5  Attorney for Plaintiff
   GAIL TABACK
6

7  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
8  STEPHANIE DUCHENE (State Bar No. 234896)
   SONNENSCHEIN NATH & ROSENTHAL LLP
9  525 Market Street, 26th Floor
   San Francisco, CA  94105
10 Telephone: (415) 882-5000
   Facsimile:  (415) 882-0300
11 Email: mbarnes@sonnenchein.com
          smartin@sonnenschein.com
12        sduchene@sonnenschein.com

13 Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
14

15               UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                 SAN FRANCISCO DIVISION

18 GAIL TABACK; EUGENE TABACK,              No. C05 04057 MEJ

19          Plaintiffs,                     STIPULATION AND [PROPOSED]
                                            ORDER EXTENDING DISPOSITIVE
20      vs.                                 MOTION DEADLINE

21 ALLSTATE INSURANCE COMPANY;
   FRED HECKENDORN; DOES 1 through
22 20, inclusive,

23          Defendants.

24

25

26

27

28

CASE NO. C05-4057 MEJ                          STIPULATION AND [PROP.] ORDER RE
                                               DISPOSITIVE MOTION DEADLINE

1    The parties, by and through their respective counsel of record, hereby stipulate and agree

2    as follows and respectfully request that the Court approve and give effect to their stipulation:

3    WHEREAS the discovery cut-off has been extended to August 18, 2006;

4    WHEREAS Allstate intends to seek summary judgment or partial summary judgment on

5    plaintiff's (operative) Second Amended Complaint;

6    WHEREAS the deadline for Allstate to file its summary judgment motion is currently

7    August 10, 2006;

8    WHEREAS plaintiff has filed a motion for leave to file a Third Amended Complaint,

9    which will be heard on August 31, 2006;

10   WHEREAS a motion for summary judgment filed by Allstate against plaintiff's Second

11   Amended Complaint will be moot if plaintiff is allowed to file her Third Amended Complaint;

12   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the deadline

13   to file dispositive motions should be continued to September 7, 2006, one week after the hearing

14   on plaintiff's motion to amend.

15   IT IS FURTHER STIPULATED AND AGREED that the deadline for hearings on

16   dispositive motions should be continued to October 12, 2006.

17   IT IS SO STIPULATED.

18   Dated: August 7, 2006                    Respectfully submitted,

19                                            LAW OFFICE OF MICHAEL A. PAPUC

20

21                                           By _____/s/_____.

22                                              Michael A. Papuc

23                                           Attorney for Plaintiff GAIL TABACK

24

25

26

27

28

-1-

CASE NO. C05-4057 MEJ                                    STIPULATION AND [PROP.] ORDER RE
                                                         DISPOSITIVE MOTION DEADLINE

1     Dated: August 7, 2006         SONNENSCHEIN NATH & ROSENTHAL LLP

2

3

4                          By           /s/          .

5                               Sonia Martin

6                      Attorneys for Defendant
                         ALLSTATE INSURANCE COMPANY

7

8

9         IT IS SO ORDERED.

10

11

12      27244873

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. C05-4057 MEJ                          STIPULATION AND [PROP.] ORDER RE
                                                    DISPOSITIVE MOTION DEADLINE

(Court seal: UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA · Judge Maria-Elena James)