MICHAEL A. PAPUC (State Bar No. 130024)
LAW OFFICES OF MICHAEL A. PAPUC
807 Montgomery Street
San Francisco, CA 94133
Telephone: (415) 773-1755
Facsimile: (415) 773-1752
Email: mpapuc@aol.com

Attorney for Plaintiff
GAIL TABACK


MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: mbarnes@sonnenchein.com
       smartin@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GAIL TABACK; EUGENE TABACK, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLSTATE INSURANCE COMPANY; FRED HECKENDORN; DOES 1 through 20, inclusive, <br><br> Defendants. | No. C05 04057 MEJ <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE DISCOVERY MOTIONS |

1  The parties, by and through their respective counsel of record, hereby stipulate and agree
2  as follows and respectfully request that the Court approve and give effect to their stipulation:
3  WHEREAS the parties have scheduled a November 7, 2006 mediation before Ken Gack
4  of JAMS;
5  WHEREAS the deadline to file discovery motions is October 23, 2006;
6  WHEREAS the parties believe it would be inefficient and counterproductive to the
7  mediation process to file discovery motions prior to November 7, 2006;
8  WHEREAS a three week continuance of the deadline to file discovery motions will not
9  affect any other case management dates set by the Court;
10  IT IS HEREBY STIPULATED AND AGREED that the deadline to file discovery
11  motions should be continued to November 14, 2006.
12  IT IS SO STIPULATED.

13  Dated: October 17, 2006           Respectfully submitted,

14                                    LAW OFFICE OF MICHAEL A. PAPUC

16                                    By _____/s/_____.
17                                           Michael A. Papuc

18                                    Attorney for Plaintiff GAIL TABACK

19  Dated: October 17, 2006           SONNENSCHEIN NATH & ROSENTHAL LLP

21                                    By _____/s/_____.
22                                           Sonia Martin

23                                    Attorneys for Defendant
24                                    ALLSTATE INSURANCE COMPANY

1        IT IS SO ORDERED.

2

3    Dated: October 20, 2006

4                                                    _____
5                                                              Hon. Maria-Elena James



6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28