MICHAEL A. PAPUC (State Bar No. 130024)
LAW OFFICES OF MICHAEL A. PAPUC
807 Montgomery Street
San Francisco, CA 94133
Telephone: (415) 773-1755
Facsimile: (415) 773-1752
Email: mpapuc@aol.com

Attorney for Plaintiff
GAIL TABACK


MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: mbarnes@sonnenchein.com
       smartin@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GAIL TABACK; EUGENE TABACK,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY;<br>FRED HECKENDORN; DOES 1 through<br>20, inclusive,<br><br>Defendants. | No. C05 04057 MEJ<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXTENDING DEADLINE TO<br>FILE DISPOSITIVE MOTIONS |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS the Court has ordered that Eugene Taback appear for deposition under certain circumstances, including that his wife be present for the deposition and that his psychologist be available immediately afterwards to consult with him;

WHEREAS Gail Taback has limited availability for Mr. Taback's deposition, given that she is a school teacher and it is difficult for her to miss work;

WHEREAS the parties scheduled the deposition of Mr. Taback and the continued deposition of Mrs. Taback for October 14, 2006;

WHEREAS Mrs. Taback subsequently became unavailable for the October 14 depositions because her family members were visiting from town that weekend;

WHEREAS the parties rescheduled the Tabacks' depositions to take place on October 21, 2006;

WHEREAS Mr. Taback's psychologist recently advised him that she is unavailable to consult with him following his October 21 deposition;

WHEREAS plaintiff's counsel has asked to reschedule the Tabacks' depositions to a later date;

WHEREAS Allstate needs the Tabacks' depositions before filing its summary judgment motion, which currently is due November 2, 2006;

WHEREAS the parties have scheduled a November 7, 2006 mediation before Ken Gack of JAMS;

WHEREAS a four week continuance of the deadline to file dispositive motions will not affect any other case management dates set by the court;

IT IS HEREBY STIPULATED AND AGREED that the deadline to file dispositive motions should be continued to November 30, 2006, and the hearing for such motions should be continued to January 4, 2007.

IT IS SO STIPULATED.

Dated: October 18, 2006

Respectfully submitted,

LAW OFFICE OF MICHAEL A. PAPUC

By     /s/
    Michael A. Papuc

Attorney for Plaintiff GAIL TABACK

Dated: October 18, 2006

SONNENSCHEIN NATH & ROSENTHAL LLP

By     /s/
    Sonia Martin

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

Dated: October 20, 2006

IT IS SO ORDERED.

27251041

IT IS SO ORDERED

Hon. Maria-Elena James
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA