**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL TABACK; EUGENE TABACK, | No. C 05-4057 MEJ |
| Plaintiffs, | **ORDER CONTINUING DEFENDANT'S MOTIONS TO DISMISS AND STRIKE PORTIONS OF THIRD AMENDED COMPLAINT** |
| vs. | |
| ALLSTATE INSURANCE COMPANY; FRED HECKENDORN; Does 1 through 20, inclusive, | |
| Defendants. | |

Whereas the parties are due to appear before the COURT on November 9, 2006 for a hearing on Plaintiff's Motion for Reconsideration, the COURT therefore, in the interest of justice, continues the November 2, 2006 hearing On Defendant's Motions to Dismiss and Strike to November 9, 2006 at 10 a.m. in Courtroom B on the 15th floor, of the United States District Court for the Northen District of California, located at 450 Golden Gate Ave., San Francisco, California

**IT IS SO ORDERED.**

Dated: October 31, 2006

MARIA-ELENA JAMES
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL TABACK; EUGENE TABACK, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLSTATE INSURANCE COMPANY; FRED HECKENDORN; Does 1 through 20, inclusive, <br><br> Defendants. | No. C 05-4057 MEJ <br><br> **ORDER CONTINUING DEFENDANT'S MOTIONS TO DISMISS AND STRIKE PORTIONS OF THIRD AMENDED COMPLAINT** |

Whereas the parties are due to appear before the COURT on November 9, 2006 for a hearing on Plaintiff's Motion for Reconsideration, the COURT therefore, in the interest of justice, continues the November 2, 2006 hearing On Defendant's Motions to Dismiss and Strike to November 9, 2006 at 10 a.m. in Courtroom B on the 15th floor, of the United States District Court for the Northen District of California, located at 450 Golden Gate Ave., San Francisco, California

**IT IS SO ORDERED.**

Dated: October 31, 2006

MARIA-ELENA JAMES
United States Magistrate Judge