MICHAEL A. PAPUC, SBN 130024
LAW OFFICE OF MICHAEL A. PAPUC
807 Montgomery Street
San Francisco, California 94133
(415) 773-1755
Fax No. (415) 773-1752

Attorneys for Plaintiffs
Gail Taback

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| Gail Taback; Eugene Taback;<br><br>　　Plaintiffs<br><br>　　v.<br><br>Allstate Insurance Company; Fred Heckendorn;<br>Does 1 through 20, inclusive;<br><br>　　Defendants | No. C-05-4057 MEJ<br><br>NOTICE OF SETTLEMENT AND REQUEST THAT HEARING DATE BE VACATED<br><br>AND ORDER GRANTING PLAINTIFF'S REQUEST TO VACATE HEARING DATE |

The parties to this action have settled this case, and request that the Court vacate the hearing date of November 9, 2006 for (1) Allstate's Motion to Dismiss and Strike Portions of Plaintiffs's Third Amended Complaint, and (2) Plaintiff's Motion for Reconsideration or Vacation of Portion of Court's Order filed September 14, 2006.

Dated: November 8, 2006      /s/
　　　　　　　　　　　　　　Sonia Martin
　　　　　　　　　　　　　　Sonnenschein Nath & Rosenthal LLP
　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　Allstate Insurance Company and Fred He[ckendorn]

Dated: November 8, 2006      /s/
　　　　　　　　　　　　　　Michael A. Papuc
　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　Gail Taback, Eugene Taback

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: November 8, 2006

-1-

Case No. C-05-4057 MEJ
Notice of Settlement