1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAIL TABECK, et al.,                                          No. C-05-4057 MEJ

               Plaintiffs,                    **ORDER FOR CLERK TO CLOSE THE**
**FILE**

  vs.

ALLSTATE INSURANCE COMPANY, et al.,

            Defendants.
_____/

    On November 21, 2006, the parties submitted to the Court a Notice of Stipulation for

Dismissal of Entire Action With Prejudice. Accordingly, the Court hereby ORDERS the Clerk of

Court to close the file. .

    **IT IS SO ORDERED.**

Dated: September 26, 2007                    _____
                                   MARIA-ELENA JAMES
                                   United States Magistrate Judge